John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiff
JESUS R. HERNANDEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JESUS R. HERNANDEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a Corporation, doing business as AMERICA'S SERVICING COMPANY; FIRST AMERICAN TITLE COMPANY, a California Corporation, doing business as FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, <br> and DOES 1 – 10; <br><br> Defendants. | CASE NO: 1:09-cv-01225-AWI-SMS <br><br> **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** <br><br> Judge:  Hon. Sandra M. Snyder |

On January 19, 2010, Plaintiff filed a Request for Extension of Time for the

Initial Scheduling Conference seeking to reschedule the Initial Scheduling

Conference for a period of approximately 90 days.

IT IS HEREBY ORDERED that the Initial Scheduling conference shall be

-1-

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**

continued from February 1, 2010 to Monday, May 3, 2010 at 10:00 a.m.

before Judge Snyder and this is the LAST CONTINUANCE re the

Scheduling Conference for Plaintiff.


IT IS SO ORDERED.

Dated:  January 19, 2010            /s/ Sandra M. Snyder
                              SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE

**ORDER CONTINUING INITIAL SCHEDULING CONFERENCE**